ORIGINAL

Approved: _____
ANDREW K. CHAN / NICHOLAS FOLLY
Assistant United States Attorney

Before:    HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

17 MAG . 7604

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    **COMPLAINT**

            - v. -                :    Violation of
                                       21 U.S.C. §§ 812,
JUAN GREGORIO CANDELIER TEJADA,    :    841(a)(1), and
                                       841(b)(1)(A)
                Defendant.          :
                                       COUNTY OF OFFENSE:
                                  :    NEW YORK AND BRONX

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

        JEFFREY TOCA, being duly sworn, deposes and says that he is
a Special Agent with the Drug Enforcement Administration
("DEA"), and charges as follows:

### COUNT ONE

        1.    On or about October 12, 2017, in the Southern District
of New York, JUAN CANDELIER TEJADA, the defendant, intentionally
and knowingly distributed and possessed with the intent to
distribute a controlled substance, in violation of Title 21,
United States Code, Section 841(a)(1).

        2.    The controlled substance involved in the offense was
100 grams and more of mixtures and substances containing a
detectable amount of heroin, in violation of Title 21, United
States Code, Section 841(b)(1)(B).

        (Title 21, United States Code, Sections 812, 841(a)(1), and
841(b)(1)(B).)

        The bases for my knowledge and for the foregoing charges
are, in part, as follows:

3.    I am a Special Agent with the DEA, and I have been involved in the investigation of the above-described offenses. I am familiar with the facts and circumstances set forth below based on my review of pertinent documents, and from my conversations with fellow law enforcement officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.    On or about October 12, 2017, law enforcement agents were conducting surveillance in the vicinity of 536 Isham Street (the "Isham Street Building") in Manhattan when they observed a car (the "Car") pull up to the Isham Street Building.  An individual exited the Isham Street Building, approached the Car, and engaged in a quick hand-to-hand transaction with an individual sitting in the backseat of the Car later identified as JUAN GREGORIO CANDELIER TEJADA, the defendant.  After the Car left the scene, law enforcement agents stopped the Car and arrested CANDELIER TEJADA. During a search incident to the arrest, law enforcement agents recovered from CANDELIER TEJADA a plastic bag ("Bag-1") weighing approximately 20 grams that contained a brown powdery substance.  Based on the appearance and odor of the substance, and my training and experience, I believe that Bag-1 contains heroin.[1]

5.    Following the arrest, JUAN GREGORIO CANDELIER TEJADA, the defendant, waived his *Miranda* rights and provided written consent for law enforcement to search an apartment located at 45 East Moshula Parkway in the Bronx, New York (the "Apartment"). During a search of the Apartment, law enforcement agents recovered: (1) a plastic bag ("Bag-2") weighing approximately 300 grams that contained a brown powdery substance from the kitchen; and (2) approximately two grinders containing residue of a brown powdery substance and a scale from the bedroom. Based on the appearance and odor of the substances, and my training and experience, I believe that Bag-2 contains heroin.

---

[1] Field tests of the substances were not conducted because of concerns that the substances may contain fentanyl, which would pose a safety risk to an agent conducting such tests.

2

WHEREFORE, deponent respectfully requests that JUAN GREGORIO CANDELIER TEJADA, the defendant, be imprisoned, or bailed, as the case may be.

_____
JEFFREY TOCA
Special Agent
Drug Enforcement Administration

Sworn to before me this
13th day of October, 2017


_____
HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

3